[No. 20134-8-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN R. MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00005-6, David E. Foscue, J., entered October 9, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20191-7-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ARTHUR BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03139-2, Terry D. Sebring, J., entered December 20, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 20259-0-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAYTON MARCELL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00965-6, Sergio Armijo, J., entered December 7, 1995. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20867-9-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY ERCEL HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00282-5, James E.F.X. Warme, J., entered June 25, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.